UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | SA CV25-00366-MWC-KES | Date | September 15, 2025 |
| Title | Bernard Taruc v. Triangle Truck Parts, Inc. et al. | | |

| Present: The Honorable | MICHELLE WILLIAMS COURT, U.S. District Judge |
|---|---|

| T. Jackson | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings:**  **(IN CHAMBERS) ORDER RE DEFAULT OF DEFENDANT TRIANGLE TRUCK PARTS, INC. and DALE A. SCOTT**

    On September 12, 2025, Plaintiff filed a request for entry of default by clerk against the interests of Triangle Truck Parts, Inc. and Dale A. Scott. Default by clerk was entered on September 15, 2025. Plaintiff is hereby directed to file a motion for default judgment or, other appropriate dispositive motion on or before October 15, 2025. Plaintiff may file the motion and set it for hearing on an earlier date so long as the date is available on the Court's Open Motion Calendar. Failure to file said dispositive motion by October 15, 2025 will result in dismissal without further notice by the Court.